Frank E. Scherkenbach
(CAB #142549; scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
(CAB #162897; pollack@fr.com)
Michael R. Headley
(CAB #220834; headley@fr.com)
S. Kameron Parvin
(CAB #232349; parvin@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | Case No. C07-03137 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a United
3  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
4  a United States District Judge.

5  Dated: July 23, 2007                                 FISH & RICHARDSON P.C.

7                                                      By: /s/ S. Kameron Parvin
                                                           S. Kameron Parvin
8
                                                       Attorneys for Plaintiff
9                                                      POWER INTEGRATIONS, INC.

10 50427445.doc