UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

POWER INTEGRATIONS, INC.,

        Plaintiff,

   v.

BCD SEMICONDUCTOR MANUFACTURING CORPORATION, et al.,

        Defendants.
_____/

No. C 07-3137 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for September 17, 2007, at 4:00 p.m. is vacated.

Dated: July 23, 2007

                            Richard W. Wieking, Clerk
                            United States District Court

                            *Sarah Weinstein*

                            By: Sarah Weinstein
                                Law Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd