**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**CASE NUMBER:  CV 07-03137 WDB**
**CASE TITLE:  POWER INTEGRATIONS, INC.-v-BCD SEMICONDUCTOR CORPORATION, ET AL**

## REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable** WILLIAM H. ALSUP

  X   San Francisco Division

____ Oakland Division

____ San Jose Division for all further proceedings.

This case has been assigned the following new number: **3:07-cv-3137 WHA**
**All future filings should reflect this new number.  The old number is no longer applicable to this case.  Please change all of your records accordingly.**

ALL MATTERS OTHER THAN TRIAL DATES PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Dated:      7/24/07

FOR THE EXECUTIVE

COMMITTEE:

*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:
Copies to:      Courtroom Deputies        Special Projects
Log Book Noted                            Entered in Computer 7/24/07/KK

CASE SYSTEMS ADMINISTRATOR:
Copies to:      All Counsel
Transferor CSA