| | |
|---|---|
| 1  Frank E. Scherkenbach | Erik R. Puknys |
|    (CAB #142549; scherkenbach@fr.com) | (CAB #190926; erik.puknys@finnegan.com) |
| 2  FISH & RICHARDSON P.C. | FINNEGAN, HENDERSON, FARABOW, |
|    225 Franklin Street |     GARRETT & DUNNER, L.L.P. |
| 3  Boston, Massachusetts 02110-2804 | 3300 Hillview Ave. |
|    Telephone: (617) 542-5070 | Palo Alto, CA 94304 |
| 4  Facsimile: (617) 542-8906 | Telephone: (650) 849-6600 |
|  | Facsimile: (650) 849-6666 |
| 5  Howard G. Pollack |  |
|    (CAB #162897; pollack@fr.com) | Attorneys for Defendants |
| 6  Michael R. Headley | BCD SEMICONDUCTOR |
|    (CAB #220834; headley@fr.com) | MANUFACTURING CORPORATION, and |
| 7  S. Kameron Parvin | SHANGHAI SIM-BCD SEMICONDUCTOR |
|    (CAB #232349; parvin@fr.com) | MANUFACTURING, CO., LTD |
| 8  FISH & RICHARDSON P.C. |  |
|    500 Arguello Street, Suite 500 |  |
| 9  Redwood City, California 94063 |  |
|    Telephone: (650) 839-5070 |  |
| 10 Facsimile: (650) 839-5071 |  |

11  Attorneys for Plaintiff
    POWER INTEGRATIONS, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | No. C 07-03137 WHA |
|  | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| Plaintiff, |  |
| v. |  |
| BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation, |  |
| Defendants. |  |

Pursuant to Civil Local Rule 6-2(a) and 6-1(b), Plaintiff Power Integrations, Inc. ("Power Integrations"), and Defendants BCD Semiconductor Manufacturing Corporation and Shanghai SIM-BCD Semiconductor Manufacturing Co., Ltd. ("BCD") hereby stipulate, for the convenience of counsel for the parties, to reschedule the Initial Case Management Conference on Reassignment,

1  which is currently set for September 20, 2007. The parties request that the Initial Case Management
2  Conference be continued to November 8, 2007 at 11:00 a.m. and that the other deadlines in the
3  initial case management scheduling order be rescheduled accordingly. Specifically, the parties
4  request the following schedule:

| Date | Event | Governing Rule |
|---|---|---|
| 10/18/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f)<br>& ADR L.R. 3-5<br><br>Civil L.R. 16-8 |
| 11/1/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement | FRCivP 26(a)(1)<br>& Civil L.R. 16-9 |
| 11/8/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 9, San Francisco at 11:00 am. | Civil L.R. 16-10 |

14  The reason for the requested modification in the schedule is that counsel for the parties have
15  trial commitments and travel plans that conflict with the presently scheduled date of September 20,
16  2007. There have not been any previous time modifications in this case by stipulation, and the only
17  modification by Court order occurred when the Court rescheduled the initial case management
18  conference from September 17, 2007 to September 20, 2007 when the case was assigned to Judge
19  Alsup. Because a Scheduling Order has not yet issued, granting this request for time modification
20  will not impact any scheduled event in the case other than those provided for above.
21  / / /
22  / / /
23  / / /

This stipulation is made without prejudice to seek additional orders from the Court, subject to Court approval.

Dated August 22, 2007

By: _____/s/_____
Michael R. Headley
FISH & RICHARDSON P.C.

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

_____/s/_____
Erik R. Puknys
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

Attorneys for Defendants
BCD SEMICONDUCTOR MANUFACTURING CORPORATION and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Erik R. Puknys.

Dated: August 22, 2007

_____/s/_____
Michael R. Headley
FISH & RICHARDSON P.C.

Attorney for Plaintiff
POWER INTEGRATIONS, INC.

## ORDER

IT IS SO ORDERED.

Dated: _____     _____
UNITED STATES DISTRICT JUDGE