Frank E. Scherkenbach (CAB #142549; scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack (CAB #162897; pollack@fr.com)
Michael R. Headley (CAB #220834; headley@fr.com)
S. Kameron Parvin (CAB #232349; parvin@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>        Defendants. | Case No. 07-cv-3137 WHA<br><br>***EX PARTE* APPLICATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Because Plaintiff Power Integrations, Inc.'s ("Power Integrations") counsel will be out of state for trial on another matter for Power Integrations on the currently scheduled date for the case management conference, Power Integrations hereby submits this application requesting a continuance until November 7, 2007 per the parties' prior stipulation, but in no event before October 11th.  No continuances have been previously granted in this matter.

1      On August 6, 2007, the Clerk of the Court issued a notice scheduling an initial case
2  management conference in this matter for September 20, 2007 at 11:00 a.m. [Docket # 6] The
3  notice explained that "parties requesting a continuance shall submit a stipulation and proposed
4  order." Because Power Integrations' counsel will be in Wilmington, Delaware in trial on another
5  matter for Power Integrations on September 20th, Power Integrations contacted counsel for
6  Defendants and met and conferred regarding the schedule. Because of scheduling conflicts of
7  Defendants' counsel as well, the parties agreed to request a continuance of the case management
8  conference until November 7, 2007 and submitted a joint stipulation in accordance with the Clerk's
9  August 6, 2007 notice on August 22, 2007. [Docket # 8]

10     Rather than grant the stipulated request for a continuance, the Court instead moved the date
11 for the conference forward, issuing an order setting the initial case management conference for
12 September 13, 2007. [Docket # 9] Unfortunately, as explained in more detail below, this
13 adjustment of the schedule does not cure the parties' scheduling conflict, because Plaintiff's counsel
14 will already be in Delaware on September 13th for the aforementioned trial. Accordingly, Plaintiff
15 files the present request again asking the Court for a continuance of the case management
16 conference. Counsel for Defendants' have indicated that they do not oppose this request, but they
17 have chosen not to join in a further stipulation beyond the one the parties previously submitted
18 seeking the same continuance.

19     Counsel for Plaintiff, Fish & Richardson P.C., and specifically lead counsel Frank
20 Scherkenbach and Howard Pollack, are also lead counsel for Power Integrations in the case
21 captioned *Power Integrations v. Fairchild Semiconductor International et al.*, C.A. No. 04-1371-
22 JJF (D. Del.). This matter has been pending since 2004 and is presently set for a jury trial to begin
23 September 17, 2007 in Wilmington, Delaware, with a pre-trial conference to be held on September
24 12, 2007. Plaintiff's counsel will be traveling to Delaware on September 11 to attend the pre-trial
25 conference and make final preparations for trial. The presentation of evidence is expected to
26 continue through the end of the court day on September 20, 2007.

27     Thereafter, on September 27, 2007, plaintiff's counsel, Mr. Scherkenbach and Mr. Pollack,
28 are scheduled to appear on behalf of Cadence Design Systems, Inc. at a hearing on a motion for

1  summary judgment and a pre-trial conference before Judge Patel in the matter of *Cadence Design
2  Systems, Inc. et al. v. Nharpat Bhandari et al.*, Case No. C07 00823 MHP (N.D. Cal.). A bench
3  trial in the Cadence matter is presently scheduled for October 9 and 10, 2007.

4        Based on information received from Defendants' counsel, it is Power Integrations'
5  understanding that lead counsel for Defendants will be in the Eastern District of Texas for a claim
6  construction hearing the week of October 15th and will be out of the country in Japan for the weeks
7  of October 22nd and October 29th. It was in view of these commitments which, unfortunately
8  come directly on the heels of Plaintiff's commitments, that the parties agreed to jointly request the
9  November 7, 2007 date that was submitted by stipulation on August 22, 2007. [Docket # 8]

10       Because Plaintiff's counsel are not available to appear on the presently scheduled date for
11 the case management conference due to an out of state trial on another matter, and in view of the
12 prior commitments of all parties' counsel as explained above, Power Integrations requests that the
13 Court reschedule the initial case management conference in accordance with the parties' stipulation
14 filed on August 22, 2007. [Docket # 8] No continuances have been previously granted in this
15 matter and, and given that there is no case schedule yet in place, granting this request will not
16 impact any other scheduled event, nor will it significantly impact the timing of the ultimate
17 resolution of this matter.

18 Dated: August 23, 2007          Respectfully submitted by,

19                                     FISH & RICHARDSON P.C.

20

21                                     By: /s/ Howard G. Pollack
22                                        Howard G. Pollack

23                                   Attorneys for Plaintiff
                                   POWER INTEGRATIONS, INC.
24 50434123.doc

25

26

27

28