UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>               Defendants. | Case No. 07-cv-3137 WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF POWER INTEGRATIONS, INC.'S *EX PARTE* APPLICATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Power Integrations, Inc.'s *Ex Parte* Application for Continuance of Initial Case Management Conference is GRANTED. The Case Management Conference and associated dates are rescheduled as follows:

| Date | Event | Governing Rule |
|---|---|---|
| 10/18/2007 | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | FRCivP 26(f) & ADR L.R. 3-5<br><br>Civil L.R. 16-8 |

| Date | Event | Governing Rule |
|---|---|---|
| 11/1/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 11/8/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 9, San Francisco at 11:00 am. | Civil L.R. 16-10 |

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE WILLIAM ALSUP
JUDGE OF THE U.S. DISTRICT COURT

50434128.doc