**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>    Defendants.<br>                                                                             / | No. C 07-03137 WHA<br><br>**ORDER GRANTING IN PART EX PARTE APPLICATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

    Good cause shown, the initial case management conference in this action will be held on **THURSDAY, OCTOBER 4, 2007, AT 11:00 A.M.** A joint case management statement is due seven days prior.

    **IT IS SO ORDERED.**

Dated: August 28, 2007.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE