1  Erik R. Puknys
   (CAB #190926; erik.puknys@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
3  3300 Hillview Ave
   Palo Alto, CA 94304
4  Telephone: (650) 849-6600
   Facsimile: (650) 849-6666
5
   Attorneys for Defendants
6  BCD SEMICONDUCTOR MANUFACTURING CORPORATION,
   and SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD
7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| | |
|---|---|
| POWER INTEGRATIONS, INC. a Delaware corporation, | CASE NO. 07-cv-3137 WHA |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD., a China corporation, | |
| Defendants. | |

1  Pursuant to Civil L.R. 6-1(a), Defendants BCD Semiconductor Manufacturing Corporation
2  ("BCD California"), and Shanghai SIM-BCD Semiconductor Manufacturing, Co., Ltd. ("BCD
3  Shanghai") and Plaintiff Power Integrations, Inc. ("Power Integrations") hereby stipulate that the
4  time for both BCD California and BCD Shanghai to answer or otherwise respond to Power
5  Integrations' Complaint shall be extended up to and including December 24, 2007.  This extension
6  will not alter the date of any event or any deadline already fixed by Court order.

7  To help reduce the cost of service, BCD Shanghai agreed to waive service of the summons
8  pursuant to Fed. R. Civ. P. 4(d).  Under that Rule, a foreign defendant who waives service is not
9  required to answer or otherwise respond to the complaint until 90 days after the date on which the
10 request for waiver of service was sent.  Rather than have the two defendants answer or otherwise
11 respond to the complaint on different dates, the parties have agreed that both defendants should
12 receive the 90-day extension to which BCD Shanghai (a foreign corporation) is entitled.
13 Accordingly, it is hereby stipulated that both BCD California and BCD Shanghai shall have until
14 December 24, 2007, to answer or otherwise respond to the complaint.

15 By his signature below, counsel for BCD California and BCD Shanghai swears under penalty
16 of perjury that counsel for Power Integrations concurred in the filing of this document.

DATED: October  9, 2007          FINNEGAN, HENDERSON, FARABOW,
                                 GARRETT & DUNNER, LLP


                                 By       / s /
                                    Erik R. Puknys
                                    Attorneys for Defendants BCD Semiconductor
                                    Manufacturing Corporation and Shanghai SIM-
                                    BCD Semiconductor Manufacturing, Co., Ltd.

DATED: October 9, 2007           FISH & RICHARDSON P.C.


                                 By       / s /
                                    Michael R. Headley
                                    Attorneys for Plaintiff Power Integrations, Inc.