Frank E. Scherkenbach
(CAB #142549; scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
(CAB #162897; pollack@fr.com)
Michael R. Headley
(CAB #220834; headley@fr.com)
S. Kameron Parvin
(CAB #232349; parvin@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation,<br><br>Defendants. | No. C 07-03137 WHA<br><br>**PLAINTIFF POWER INTEGRATIONS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE  UNDER RULE 41(A) AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Power Integrations, Inc. ("Power Integrations"), by and through their undersigned attorneys, hereby voluntarily DISMISS all claims without prejudice, each side to bear its own costs.

Dated: October 15, 2007

/s/ Howard G. Pollack
Howard G. Pollack
FISH & RICHARDSON P.C.

Attorney for Plaintiff
POWER INTEGRATIONS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

50443128.doc