1  Frank E. Scherkenbach
   (CAB #142549; scherkenbach@fr.com)
2  FISH & RICHARDSON P.C.
   225 Franklin Street
3  Boston, Massachusetts 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Howard G. Pollack
   (CAB #162897; pollack@fr.com)
6  Michael R. Headley
   (CAB #220834; headley@fr.com)
7  S. Kameron Parvin
   (CAB #232349; parvin@fr.com)
8  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
9  Redwood City, California 94063
   Telephone: (650) 839-5070
10 Facsimile:  (650) 839-5071

11 Attorneys for Plaintiff
   POWER INTEGRATIONS, INC.
12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                     **(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | No. C 07-03137 WHA |
| Plaintiff, | **PLAINTIFF POWER INTEGRATIONS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE  UNDER RULE 41(A) AND [PROPOSED] ORDER** |
| v. | |
| BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation, | |
| Defendants. | |

1

1   Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Power Integrations, Inc. ("Power
2   Integrations"), by and through their undersigned attorneys, hereby voluntarily DISMISS all claims
3   without prejudice, each side to bear its own costs.

5   Dated: October 15, 2007

/s/ Howard G. Pollack
_____
Howard G. Pollack
FISH & RICHARDSON P.C.

Attorney for Plaintiff
POWER INTEGRATIONS, INC.

**ORDER**

11      IT IS SO ORDERED.
12   Dated: _October 16, 2007_____

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

14   50443128.doc