1  Erik R. Puknys (State Bar No. 190926)
   erik.puknys@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  *Of Counsel:*

7  E. Robert Yoches
   FINNEGAN, HENDERSON, FARABOW,
8    GARRETT & DUNNER, L.L.P.
   901 New York Avenue NW
9  Washington, D.C.  20001-4413
   Telephone:    (202) 408-4000
10 Facsimile:    (202) 408-4400

11 Robert L. Burns
   FINNEGAN, HENDERSON, FARABOW,
12   GARRETT & DUNNER, L.L.P.
   11955 Freedom Drive
13 Reston, VA  20190-5675
   Telephone:    (571) 203-2700
14 Facsimile:    (202) 408-4400

15

16 Attorneys for Defendants
   BCD Semiconductor Manufacturing Corp., and
17 Shanghai SIM-BCD Semiconductor
   Manufacturing Co., LTD.

E-Filing

FILED
OCT 1 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18
19                      UNITED STATES DISTRICT COURT
20                     NORTHERN DISTRICT OF CALIFORNIA
21                         SAN FRANCISCO DIVISION

22 | POWER INTEGRATIONS, INC., a Delaware corporation, | CASE NO. C 07-03137 WHA
23 |                                                    | [~~PROPOSED~~] ORDER GRANTING
   |             Plaintiff,                             | APPLICATION FOR ADMISSION OF
24 |                                                    | ROBERT L. BURNS *PRO HAC VICE*
25 |             v.                                     |
26 | BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California Corporation, |
27 | SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation |
28 |             Defendant.                             |

Robert L. Burns, an active member in good standing of the Virginia State Bar, the Illinois State Bar, the District of Columbia Bar, the U.S. Court of Appeals for the Federal Circuit, and registered to practice before the United States Patent and Trademark Office, whose business address and telephone number are Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP, 11955 Freedom Drive, Reston, VA 20190-5675, 571-203-2700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BCD Semiconductor Manufacturing Corporation, and Shanghai SIM-BCD Semiconductor Manufacturing, Company, Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10-17, 2007

The Honorable William H. Alsup
United States District Judge