1  Erik R. Puknys (State Bar No. 190926)
   erik.puknys@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:     (650) 849-6666

6  *Of Counsel:*

7  E. Robert Yoches
   Robert L. Burns
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  901 New York Avenue NW
   Washington, D.C. 20001-4413
10 Telephone:    (202) 408-4000
   Facsimile:     (202) 408-4400
11

12 Attorneys for Defendants
   BCD Semiconductor Manufacturing Corp., and
13 Shanghai SIM-BCD Semiconductor
   Manufacturing Co., LTD.
14

15                UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, | CASE NO. C 07-03137 WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF E. ROBERT YOCHES *PRO HAC VICE* |
| v. | |
| BCD SEMICONDUCTOR MANUFACTURING CORPORATION, a California Corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation | |
| Defendant. | |

1      E. Robert Yoches, an active member in good standing of the bars of the U.S. District Court
2  for the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court; and
3  registered to practice before the United States Patent and Trademark Office, whose business address
4  and telephone number are Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP, 901 New York
5  Avenue, Washington, D.C. 20001-4413, 202-408-4000, having applied in the above-entitled action
6  for admission to practice in the Northern District of California on a *pro hac vice* basis, representing
7  BCD Semiconductor Manufacturing Corporation, and Shanghai SIM-BCD Semiconductor
8  Manufacturing, Company, Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10-17, 2007

The Honorable William H. Alsup
United States District Judge